# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:05-cr-165-Orl-31JGG

**CALVIN DEON LEE**

_____

## ORDER

On January 11, 2006, the jury returned a verdict finding Defendant, Calvin Deon Lee, guilty as charged in the two-count Indictment. Defendant has moved for a new trial (Doc. 50) contending that the prosecutor made an improper and prejudicial closing argument. Although inartful, the Court cannot conclude that the prosecutor's comments in closing were improper. Moreover, in light of defense counsel's rebuttal, the Court's curative instructions and the weight of evidence against Defendant, there is no reasonable probability that the comments were outcome determinative. Accordingly, it is

**ORDERED** that Defendant's Motion is DENIED.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on January 31, 2006.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Calvin Deon Lee